UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------X

CAPITALKEYS, LLC,

                Plaintiff,

     -against-

DEMOCRATIC REPUBLIC OF CONGO and
CENTRAL BANK OF THE DEMOCRATIC
REPUBLIC OF THE CONGO,

               Defendants.
-------------------------------------------------------------X

Index No. 1:15-cv-02079-KBJ

**PLAINTIFF'S MOTION FOR** *PRO HAC VICE* **ADMISSION OF ROBERT HANTMAN**

      In accordance with District of Columbia Local Civil Rule 83.2, W. Todd Miller, an attorney admitted to practice in the United States District Court for the District of Columbia and the attorney of record for Plaintiff, CapitalKeys, LLC, hereby moves this Honorable Court to admit Robert Hantman of Hantman & Associates, 1120 Avenue of Americas, 4th Floor, New York, NY, to practice before the bar of this Court *pro hac vice* in order to appear and participate as counsel of record for the Plaintiff in this action. Attached hereto is a supporting Declaration as required under the local rules.

      WHEREFORE, Plaintiff prays this Honorable Court admit Robert Hantman *pro hac vice* in the above-captioned matter.

1

Dated:  August 1, 2016                                  Respectfully Submitted,

                                                                                                   /s/ W. Todd Miller  
                                                                                                   W. Todd Miller  
                                                                                                   tmiller@bakerandmiller.com  
                                                                                                   BAKER & MILLER PLLC  
                                                                                                   2401 Pennsylvania Avenue, NW  
                                                                                                   Suite 300  
                                                                                                   Washington, DC 20037  
                                                                                                   Telephone:  202.663.7820  
                                                                                                   Fax:  202.663.7849

                                                                             *Attorney for Plaintiff CapitalKeys, LLC*

## CERTIFICATE OF SERVICE

      I, W. Todd Miller, hereby affirm and declare that on August 1, 2016, I caused a true and correct copy of the foregoing Plaintiff's Motion for *Pro Hac Vice* Admission of Robert Hantman and the concurrently filed declaration and proposed order to be served on the following Defendants via First Class International Mail addressed as follows:

Democratic Republic of Congo
c/o Honorable Raymond Tshibanda, Ministre des Affaires Etrangeres et de la Coperation Internationale
Place de l'Independance, 1
Kinshasa, Gombe
B 7100, RDC
Democratic Republic of Congo

Central Bank of the Democratic Republic of the Congo
Banque Centrale Du Congo
Boulevard Colonel Tshatshi
Kinshasa, Gombe
Democratic Republic of Congo

                                            /s/ W. Todd Miller
                                            W. Todd Miller