UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
CAPITALKEYS, LLC,                       )
                                        )
       Plaintiff,                       )
                                        )
       v.                               )   Civil Action No. 15-CV-2079 (KBJ)
                                        )
DEMOCRATIC REPUBLIC OF CONGO,           )
*et al.*,                               )
                                        )
       Defendants.                      )
                                        )
_____  )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 24) is **GRANTED IN PART**. Specifically, the Court hereby enters judgment by default against Defendants and in favor of Plaintiff in the amount of $12,919,554.66, consisting of $12,671,598.80 as compensatory damages for Defendants' breach of contract, $247,128.26 in prejudgment interest, and $827.60 in costs. It is

**FURTHER ORDERED** that Plaintiff must submit a status report on December 17, 2017, and every six months thereafter, updating the Court on its ongoing performance of the contract, its efforts to secure payment from Defendants, and any other developments. It is

**FURTHER ORDERED** that the Court will retain jurisdiction of this case during the pendency of the five-year contract period, which will end on November 17, 2018. On or before December 17, 2018, any party may move for an order modifying or setting aside this default judgment for good cause pursuant to Federal Rule of Civil Procedure 55(c). *See Flanagan v.*

*Islamic Republic of Iran*, 190 F. Supp. 3d 138, 150 (D.D.C. 2016) ("Although [Rule 55(c)] speaks only of a defendant's default, 'even after a judgment is entered . . . the rule 55(c) standard should apply unless the default judgment is final and appealable.'" (second alteration in original) (quoting *Jackson v. Beech*, 636 F.2d 831, 836 n.7 (D.C. Cir. 1980))).  However, if Plaintiff seeks to modify this judgment on the sole grounds that it has continued to perform services under the contract and has thereby incurred additional damages, it should do so only once, at the conclusion of the five-year contract period, rather than periodically in the interim.


Date:   October 6, 2017                            *Ketanji Brown Jackson*
                                                   KETANJI BROWN JACKSON
                                                   United States District Judge