**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
------------------------------------------------------------X

**CAPITALKEYS, LLC,**

             **Plaintiff,**

    -against-

**DEMOCRATIC REPUBLIC OF CONGO and**
**CENTRAL BANK OF THE DEMOCRATIC**
**REPUBLIC OF THE CONGO,**

             **Defendants.**
------------------------------------------------------------X

Index No. 1:15-cv-02079-KBJ

DECLARATION OF ADAM FALKOFF

Pursuant to 28 U.S.C. § 1746, Adam Falkoff hereby declares as follows:

1. I am the founder, President, and a Principal of CapitalKeys, LLC ("CapitalKeys"), the plaintiff in this matter. I am making this declaration to update the Court on (1) the performance of CapitalKeys' contract with the defendants, and (2) CapitalKeys' attempts to secure payment. I have personal knowledge of the matters discussed herein, and could testify thereto if called upon to do so.

2. Since the Court entered Judgment by Default on October 6, 2017, CapitalKeys has continued to perform under its Retainer Agreement with the Central Bank of the Democratic Republic of the Congo and the Democratic Republic of Congo (together, "the Congo").

3. CapitalKeys has continued its efforts to secure payment from the Congo. In an attempt to informally resolve the matter of payment, CapitalKeys sent a translation of the Court's Order dated October 6, 2017, to President Kabila's Chief of Staff and to the Congo's Minister of Finance, Calixte Ganongo. CapitalKeys received no response. CapitalKeys has also

unsuccessfully attempted to reach those individuals via telephone on multiple occasions to discuss payment.

4. Translations of Notices of Default Judgment addressed to each defendant should be fully completed within the next day or two, at which time we will seek formal service of the Court's Order and those notices, along with translations of each, on the Congo.

Executed by me this 18th day of December, 2017.

_____
Adam Falkoff