# BAKER & MILLER PLLC

SUITE 300
2401 PENNSYLVANIA AVE., N.W.
WASHINGTON, D.C. 20037
TELEPHONE: (202) 663-7820
FACSIMILE: (202) 663-7849

June 18, 2018

**VIA ECF**

Hon. Ketanji Brown Jackson, U.S. District Judge
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re:   *CapitalKeys, LLC v. Democratic Republic of Congo, et al.,* 1:15-cv-02079-KBJ

Your Honor:

I write to provide a status report on Plaintiff CapitalKeys, LLC's ("CapitalKeys") ongoing efforts to secure payment and ongoing performance of the contract as required by the Court's Order of October 6, 2017 (ECF No. 35).[1]

On February 26, 2018, each Defendant was served with the Court's Order entering judgment by default, a Notice of Default, and other relevant documents and translations (*see* ECF Nos. 44, 45), consistent with Foreign Sovereign Immunities Act's requirements for the service of default judgments. *See* 28 U.S.C. § 1608(e). Our service of these documents was also made consistent with 28 U.S.C. § 1610(c), which requires that a "reasonable period of time ha[ve] elapsed" following notice of a default judgment to a sovereign defendant before a court may order attachment or execution pursuant to 28 U.S.C. § 1610(a) or (b).

---

[1] With regard to the Court's Minute Order of June 13, 2018, which states that "Plaintiff's latest status report to the Court . . . was due on 5/17/2018," it was our understanding based on the Court's October 6, 2017 Order that Plaintiff's status report was due on June 18, 2018. The October 6, 2017 Order required Plaintiff to "submit a status report on December 17, 2017, and every six months thereafter . . ." ECF No. 35. As June 17, 2018 was a Sunday, we believed the application of Fed. R. Civ. P. 6(a)(1)(C) meant Plaintiff's report was due today, Monday, June 18, 2018.

Hon. Ketanji Brown Jackson, U.S. District Judge
June 18, 2018
Page 2

It is my understanding that, in the past six months, Adam Falkoff, who is President and Principal at CapitalKeys, and my co-counsel, Robert Hantman, have contacted various entities and individuals whom they believe have contact with President Kabila and do business in the Republic of Congo to assist in payment of the judgment. Their efforts have been to no avail; we still have not received payment beyond the first payment.

Regarding performance of the contract, Mr. Falkoff reports that we continue working with the DRC to implement better Central Banking controls. Through the former Governor of the Central Bank, we communicate with those on the ground at the Bank. Personnel were sent to the U.S. and have been in Washington, D.C., for approximately three months. We continue load testing and redundancy functions with the help of our Indian partner. The systems continue to work properly as we now get ready to migrate information from old legacy servers to the cloud. This will help to insure better security, prevent storage loss and lower costs in the long run.

We will inform the Court of any major developments that occur in the next six months. Following the expiration of the contract on November 17, 2018, we will determine whether to file a motion on or before December 17, 2018, for an order modifying the Court's default judgment, as permitted by the Court's Order of October 6, 2017 (ECF No. 35).

Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

Lucy S. Clippinger