UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITALKEYS, LLC,<br><br>                           Plaintiff,<br><br>       -against-<br><br>DEMOCRATIC REPUBLIC OF CONGO and CENTRAL BANK OF THE DEMOCRATIC REPUBLIC OF THE CONGO,<br><br>                         Defendants | Index No. 1:15-cv-02079-KBJ<br><br>**STATUS REPORT** |

      Plaintiff CapitalKeys, LLC ("CapitalKeys"), by and through its attorneys, hereby provides a status report on its ongoing efforts to secure payment and ongoing performance of the contract as required by the Court's Order of October 6, 2017 (ECF No. 35).[1]

      On February 26, 2018, each Defendant was served with the Court's Order entering judgment by default, a Notice of Default, and other relevant documents and translations (*see* ECF Nos. 44, 45), consistent with Foreign Sovereign Immunities Act's requirements for the service of default judgments. *See* 28 U.S.C. § 1608(e). Service of these documents was also made consistent with 28 U.S.C. § 1610(c), which requires that a "reasonable period of time

---

[1] With regard to the Court's Minute Order of June 13, 2018, which states that "Plaintiff's latest status report to the Court . . . was due on 5/17/2018," it was our understanding based on the Court's October 6, 2017 Order that Plaintiff's status report was due on June 18, 2018. The October 6, 2017 Order required Plaintiff to "submit a status report on December 17, 2017, and every six months thereafter . . ." ECF No. 35. As June 17, 2018 was a Sunday, we believed the application of Fed. R. Civ. P. 6(a)(1)(C) meant Plaintiff's report was due Monday, June 18, 2018.

ha[ve] elapsed" following notice of a default judgment to a sovereign defendant before a court may order attachment or execution pursuant to 28 U.S.C. § 1610(a) or (b).

Adam Falkoff, who is President and Principal at CapitalKeys, and counsel Robert Hantman have contacted various entities and individuals whom they believe have contact with President Kabila and do business in the Republic of Congo to assist in payment of the judgment. Their efforts have been to no avail; we still have not received payment beyond the first payment.

Regarding performance of the contract, Mr. Falkoff reports that CapitalKeys continues working with the DRC to implement better Central Banking controls.  Through the former Governor of the Central Bank, we communicate with those on the ground at the Bank.  Personnel were sent to the U.S. and have been in Washington, D.C., for approximately three months. We continue load testing and redundancy functions with the help of our Indian partner. The systems continue to work properly as we now get ready to migrate information from old legacy servers to the cloud. This will help to insure better security, prevent storage loss and lower costs in the long run.

CapitalKeys will inform the Court of any major developments that occur in the next six months.  Following the expiration of the contract on November 17, 2018, CapitalKeys will determine whether to file a motion on or before December 17, 2018, for an order modifying the Court's default judgment, as permitted by the Court's Order of October 6, 2017 (ECF No. 35).

Dated: June 19, 2018                                  Respectfully submitted,


                                                By: *s/ Lucy S. Clippinger*
W. Todd Miller
Lucy S. Clippinger (*pro hac vice*)
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: 202.663.7820
Fax: 202.663.7849
tmiller@bakerandmiller.com
lclippinger@bakerandmiller.com

Robert J. Hantman, Esq. (*pro hac vice*)
HANTMAN & ASSOCIATES
www.hantmanlaw.com
1120 Avenue of the Americas
4th Floor
New York, NY 10036
Tel: (212) 684-3933
Fax: (646) 380-3299
rhantman@hantmanlaw.com

Attorneys for Plaintiff CapitalKeys, LLC

## **CERTIFICATE OF SERVICE**

I, Lucy S. Clippinger, hereby affirm and declare that on June 19, 2018, I caused a true and correct copy of the foregoing Status Report to be served on all parties registered for this case via the Court's ECF system and on the parties listed below by First-Class Mail International.

/s/ *Lucy S. Clippinger*
Lucy S. Clippinger

Parties Served by First-Class Mail International:

Central Bank of the Democratic Republic of the Congo
Banque Centrale Du Congo
Boulevard Colonel Tshatshi
Kinshasa, Gombé
Democratic Republic of Congo


Democratic Republic of Congo
c/o Honorable Léonard She Okitundu,
Ministre des Affaires Etrangeres et de la Coperation Internationale
Place de l'Independance, 1
Kinshasa, Gombe
B 7100, RDC
Democratic Republic of Congo