AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| CAPITALKEYS, LLC. <br> *Plaintiff* <br> v. <br> DEMOCRATIC REPUBLIC OF CONGO, et al., <br> *Defendant* | Case No. 1:15-cv-02079 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Central Bank of the Democratic Republic of the Congo

Date:   12/13/2018

*Attorney's signature*

Paul Werner (Bar No. 482637)
*Printed name and bar number*

Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801

*Address*

pwerner@sheppardmullin.com
*E-mail address*

(202) 747-1931
*Telephone number*

(202) 747-3817
*FAX number*