**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAPITALKEYS, LLC,** ) | |
| ) | |
| Plaintiff, ) | No. 1:15-cv-02079-KBJ |
| ) | |
| v. ) | **JOINT PROPOSED BRIEFING** |
| ) | **SCHEDULE** |
| **DEMOCRATIC REPUBLIC OF CONGO,** ) | |
| *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Court's December 29, 2018, Order, the parties have conferred and agreed upon the following proposed briefing schedule for responses and replies to the Plaintiff's Motion to Modify Default Judgment (Dkt. 50) and the Central Bank's forthcoming motion to modify or set aside the default judgment:

- The Central Bank will file its motion to modify or set aside the default judgment on January 15, 2019, in accordance with the Court's December 14, 2018 Order.

- The Plaintiff will file its brief in opposition to the Central Bank's motion to modify or set aside the default judgment, and the Central Bank will file its response to Plaintiff's Motion to Modify Default Judgment, by February 14, 2019.

- The Central Bank will file its reply brief in support of its motion to modify or set aside the default judgment, and Plaintiff will file its reply brief in support of its Motion of Modify Default Judgment, by March 1, 2019.

A proposed order adopting this schedule is attached for the Court's consideration.

-2-

Dated:  January 9, 2019

                           By:   /s/ *Paul Werner*

                                Paul Werner (D.C. Bar No. 482637)
Hannah Wigger (D.C. Bar No. 208851)
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: 202-747-1931
Facsimile: 202-747-3817
*pwerner@sheppardmullin.com*
*hwigger@sheppardmullin.com*

*Attorneys for Defendant Central Bank of the Democratic Republic of Congo*

-3-

## **CERTIFICATE OF SERVICE**

On January 9, 2019, I electronically filed the foregoing document through the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

*/s/ Paul A. Werner*
Paul A. Werner